UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BILL HARLEY SLAUGHTER,**

    **Petitioner,**

**v.**                                            **Case No. 3:15cv159-MCR-GRJ**

**SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS,**

    **Respondent.**
_____/

## **ORDER**

This case is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated March 22, 2018. ECF No. 22. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed. After reviewing the record and the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 22, is adopted and incorporated by reference in this Order. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability if **DENIED**.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of April 2018.


*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**